MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA*   v.   *FRANK ENRIQUE MOTA-RIJO*

THE HONORABLE JOHN W. SEDWICK        CASE NO. A05-00109 CR (JWS)

PROCEEDINGS:   **ORDER FROM CHAMBERS**        Date: January 9, 2006

    The court has reviewed the notice of intent to change plea at docket 8. The court will conduct a proposed change of plea proceeding at **8:30** AM on **Friday, Feburary 10, 2006**, in Courtroom 3.