MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA*   v.   *FRANK ENRIQUE MOTA-RIJO* (1)

THE HONORABLE JOHN W. SEDWICK          CASE NO. 3:05-cr-00109-JWS

PROCEEDINGS:   **ORDER FROM CHAMBERS**          Date:  January 27, 2006

The sentencing proceeding in this case is **RE-SET** from 8:30 AM to **9:00 AM** on **February 10, 2006.**