# MINUTES OF THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA*     v.     *FRANK ENRIQUE MOTA-RIJO* (1)

THE HONORABLE JOHN W. SEDWICK          CASE NO. 3:05-cr-00109-JWS

PROCEEDINGS:     **ORDER FROM CHAMBERS**          Date:  January 30, 2006

---

The minute order at docket 10 is **CORRECTED** to change "sentencing proceeding" to read "proposed change of plea." To clarify, the proposed change of plea in this case is **RE-SET** from 8:30 AM to **9:00 AM** on **February 10, 2006.**