AO 455 (Rev. 12/03) Waiver of Indictment

# UNITED STATES DISTRICT COURT

DISTRICT OF __Alaska__

UNITED STATES OF AMERICA

V.  **WAIVER OF INDICTMENT**

Frank Enrique Mota-Rijo

CASE NUMBER: 3:05-cr-00109-JWS

I, __Frank Enrique Mota-Rijo__, the above named defendant, who is accused of

__Violation 21 U.S.C. §§ 846, 841(b)(1)(B)__

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __February 10, 2006__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

__REDACTED SIGNATURE__

Before _____
Judge