MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA*   v.   *FRANK ENRIQUE MOTA-RIJO*

THE HONORABLE JOHN W. SEDWICK                CASE NO. 3:05-cr-00109 (JWS)

PROCEEDINGS:   **ORDER FROM CHAMBERS**                Date:  May 1, 2006

    The motion at docket 16 is **GRANTED** as follows:  The date for imposition of sentence is **CONTINUED** to **9:00 AM** on **June 7, 2006.**